

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Matt Olavi (SBN 265945)
Brian J. Dunne (SBN 275689)
OLAVI DUNNE LLP
800 Wilshire Blvd, Suite 320
Los Angeles, CA, 90017
Telephone: 213-516-7900
Facsimile: 213-516-7910

FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2013
CENTRAL DISTRICT OF CALIFORNIA
BY

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company<br><br>    v.<br>FLYWHEEL SOFTWARE, INC., a Delaware Corporation | Plaintiff(s),<br><br><br>Defendant(s) | CASE NUMBER:<br>CV13- 6371 ADC (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    ECLIPSE IP LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ECLIPSE IP LLC | PLAINTIFF |
| FLYWHEEL SOFTWARE, INC. | DEFENDANT |

August 30, 2013                                    /s/ M. Olavi
Date                                               Signature

                                                   Attorney of record for (or name of party appearing in pro per):

                                                   Matt Olavi

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES