1  Matt Olavi, Esq.  (Bar No. 265945)
      molavi@olavidunne.com
2  Brian J. Dunne, Esq. (Bar No. 275689)
3     bdunne@olavidunne.com
   **OLAVI DUNNE LLP**
4  800 Wilshire Blvd., Suite 320
5  Los Angeles, California 90017
   Telephone:  (213) 516-7900
6  Facsimile:  (213) 516-7910
7
8  *Attorneys for Plaintiff Eclipse IP LLC*

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | ECLIPSE IP LLC, a Florida Limited | ) Case No. CV- 13-6371 ABC (JCx) |
12 | Liability Company, | ) |
   |  | ) **PROOF OF SERVICE OF** |
13 |              Plaintiff, | ) **SUMMONS AND COMPLAINT** |
14 |  | ) |
   |              v. | ) |
15 |  | ) |
16 | FLYWHEEL SOFTWARE, INC., a | ) |
   | Delaware Corporation, | ) |
17 |  | ) |
18 |              Defendant. | ) |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV13-6371 ABC (JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   FLYWHEEL SOFTWARE, INC., a Delaware Corporation
was received by me on *(date)*   09/05/2013  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Paul Blumenstein, Agent for Service of Process   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Flywheel Software, Inc. at
345 Velarde Street, Mountain View, California 94041 at     on *(date)*   09/06/2013   ; or
11:15 a.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____  .

I declare under penalty of perjury that this information is true.

Date:   09/06/2013

*Kenneth Woo*
Server's signature

Kenneth Woo/Process Server/Reg.#1324/Santa Clara Co.
Printed name and title

Ace Attorney Service, Inc.
545 Middlefield Road, Suite 205, Menlo Park, California 94025
Phone: 650-462-1335 / Fax: 650-462-1359
Server's address

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; LETTER ADDRESSED TO STEPHEN HUMPHREYS, FLYWHEEL SOFTWARE, INC., C/O PAUL BLUMENSTEIN, ESQ., REGISTERED AGENT dated September 6, 2013

Eclipse IP LLC v. Flywheel Software, Inc.                                             #1031787K