1  MATT OLAVI (SBN 265945)
   molavi@olavidunne.com
2  BRIAN JAMES DUNNE (SBN 275689)
3  bdunne@olavidunne.com
   OLAVI DUNNE LLP
4  800 Wilshire Boulevard, Suite 320
5  Los Angeles, CA 90017
   Telephone:  (213) 516-7900
6  Facsimile:  (213) 516-7910

7  *Attorneys for Plaintiff*
8  *ECLIPSE IP LLC*

9  OLIVIA M. KIM (SBN 228382)
10 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
11 633 West Fifth Street, 15th Floor
   Los Angeles, CA 90071
12 Telephone:  (323) 210-2900
13 Facsimile:   (866) 974-7329
   Email:  okim@wsgr.com
14

15 *Attorneys for Defendant*
   *FLYWHEEL SOFTWARE, INC.*
16

17
                    IN THE UNITED STATES DISTRICT COURT
18
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
19
                              WESTERN DIVISION
20

21 ECLIPSE IP LLC,                )   CASE NO.:  2:13-cv-06371-SJO-JC
                                  )
22         Plaintiff,             )   **STIPULATION TO EXTEND TIME**
                                  )   **TO RESPOND TO INITIAL**
23     v.                         )   **COMPLAINT BY NOT MORE THAN**
                                  )   **30 DAYS (L.R. 8-3)**
24 FLYWHEEL SOFTWARE, INC.,       )
                                  )
25         Defendant.             )   Complaint served:    September 6, 2013
                                  )   Current response date: September 27, 2013
26                                )   New response date:  October 25, 2013
                                  )
27 _____)

28

---

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

1  Pursuant to L.R. 8-3, the parties in the above-referenced matter, by and
2  through their respective counsel, hereby stipulate as follows:
3  WHEREAS the Complaint in the above-entitled action was filed on August
4  30, 2013, in the U.S. District Court for the Central District of California;
5  WHEREAS, on September 6, 2013, the Complaint was served on
6  Defendant;
7  WHEREAS, Defendant's response to the Complaint is currently due on
8  September 27, 2013.
9  IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO LOCAL
10 RULE 8-3, that Defendant Flywheel Software, Inc. shall have a 28-day extension
11 to respond to the Complaint in this action, making Flywheel Software, Inc.'s
12 response to the Complaint due on or before October 25, 2013.

Respectfully submitted,

OLAVI DUNNE LLP

Dated: September 23, 2013    By: */s/ Matt Olavi*
                                  Matt Olavi

                                  Attorneys for Plaintiff
                                  ECLIPSE IP LLC


WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: September 23, 2013    By: */s/ Olivia M. Kim*
                                  Olivia M. Kim

                                  Attorneys for Defendant
                                  FLYWHEEL SOFTWARE INC.